FILED
JUL 24 2013
CLERK OF DISTRICT COURT
By_____
DEPUTY CLERK OF COURT

Richard L. Swenson, #14137
12718 Gold Street
Omaha, Nebraska 68144
(402) 498-8336
(402) 498-8336 Fax

TERRY J. HANSON
P.O. Box 578/14 N. 9th Street
Miles City, MT 59301
(406) 232-3074
(406) 234-5449 Fax

ATTORNEYS FOR PLAINTIFF

## MONTANA SIXTEENTH JUDICIAL DISTRICT COURT, CARTER COUNTY

| | |
|---|---|
| GEORGE J. ALLISON, JR., | Cause No. DV-6-2013-17-NI |
| Plaintiff, | |
| | Hon. George W. Huss |
| vs. | |
| | **COMPLAINT AND DEMAND** |
| PRICE GREGORY INTERNATIONAL, | **FOR JURY TRIAL** |
| INC., a Texas Corporation, | |
| Defendant. | |

COMES NOW, the Plaintiff in the above entitled action and for his cause of action against the Defendant, alleges as follows:

I.

At all times pertinent hereto, the Defendant is a Texas Corporation, duly authorized to conduct business in the State of Montana and was conducting business under the laws of the

Page 1 of 4

EXHIBIT 1

State of Montana; the Plaintiff is a resident of the State of Nebraska.

II.

At all times pertinent hereto, highway US 212 is in common use by the residents of Carter County and others. Said highway intersects with Secondary Road 277 which is also in common use by the residents of Carter County and others.

III.

On or about August 2, 2010, at about 12:45 p.m., the Plaintiff was the owner and operator of a Harley Davidson, Electra Glide motorcycle traveling in an easterly direction on highway US 212 approaching its intersection with Secondary Road 277. The Plaintiff was following a truck tractor towing a long pipe trailer owned by the Defendant and operated by an employee of the Defendant, all while under the direction and control of the Defendant. Defendant's truck and tractor trailer, was loaded with very long sections of large diameter pipe which were overhanging past the rear of the trailer approximately 8 feet.

IV.

As the Plaintiff was following the Defendant's truck and tractor trailer, it began to turn left onto Secondary Road 277. As the Defendant's tractor and trailer executed its left hand turn, the Plaintiff steered his motorcycle to the right hand side of the eastbound lane to safely pass the tractor and trailer after it cleared the eastbound lane of traffic. Unbeknownst to the Plaintiff, the trailer being towed by the Defendant's truck tractor had a steerable rear axil. Defendant's driver employee, while making the left turn onto Secondary Road 277, through negligent errors of omission or commission, suddenly and without warning steered the rear of the trailer and its load of pipe so that it completely extended across the eastbound traffic lane and over the shoulder of

said eastbound traffic lane.

V.

The hazardous condition, created by the Defendant's aforesaid negligence, left Plaintiff with no options other than to turn to his right and lay his motorcycle on its side to avoid being struck by the pipe extending from the rear of Defendant's trailer. The combination of the steerable trailer with the pipe overhang created a foreseeable ultra hazardous condition that required warning the unsuspecting traveling public, such as the Plaintiff, of the danger by means of signs and/or flagmen. Further, the Defendant's driver employee, knew or should have known of the hidden danger posed by the combination of the steerable trailer with the pipe overhang. Defendant's driver, through errors of omission or commission negligently failed to keep a proper lookout to his rear before driving the trailer onto the eastbound traffic lane.

VI.

As a result of having to lay his motorcycle over its side as the only way to avoid the rear end of the trailer and the pipe overhang, the Plaintiff's body was thrown from the motorcycle and skidded and tumbled through the gravel on the shoulder of the road and then into the ditch for a distance of approximately 200 feet causing personal injuries to the Plaintiff as hereinafter set forth.

VII.

As the direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff sustained serious ligamentous, muscular, nerve and soft tissue damage to his torso and extremities which have caused, now cause and in the future will continue to cause severe and permanent injuries. The Plaintiff sustained a closed head, brain-bleed injury, which resulted in

permanent memory loss and other cranial injuries, the full extent of which remains to be determined. As a result of his injuries the Plaintiff had to be transported home by private aircraft, sustained medical expenses and incidental expenses totaling in excess of $45,000. The Plaintiff further sustained property damage for the total loss of and loss of use of his motorcycle.

WHEREFORE, Plaintiff prays judgment against the Defendant as follows:

1. For a sum of money for special and general damages in the excess of the minimum jurisdiction of this Court;

2. For Court costs; and

3. For such other and further relief as the Court may deem just and equitable in the premises.

**PLAINTIFF DEMANDS TRIAL BY JURY**

DATED this 18th day of July, 2013.

Richard L. Swenson
Attorney for Plaintiff

DATE 7/20/2016
TIME SERVED 1412
[signature] OFFICER

COPY

# MONTANA SIXTEENTH JUDICIAL DISTRICT COURT
## CARTER COUNTY

| | |
|---|---|
| GEORGE J. ALLISON, JR., <br><br> Plaintiff, <br><br> vs. <br><br> PRICE GREGORY INTERNATIONAL, INC., a Texas Corporation. <br><br> Defendant. | Cause No. DV-6-2013-17-PI <br><br> *Honorable Nickolas C. Murnion* <br><br> SUMMONS |

THE STATE OF MONTANA, To the above named Defendant, Greetings:

To: Price Gregory International, Inc., a Texas Corporation
*Corporation Service Company*
*26 W. Sixth Ave*
*Helena MT 59624*

You are hereby summoned to appear and answer the Complaint in this action, which is filed in the above-entitled Court before the District Court Judge in and for the County of Carter and State of Montana, at the Carter County Courthouse, Ekalaka, Montana, and to file your answer and serve a copy thereof upon the Plaintiff or upon either of the Plaintiff's attorney within twenty one (21) days after service of this Summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

WITNESS my hand and the seal of said Court this 18th day of May, 2016.

1

2  (COURT SEAL)

3

4

5  Richard L. Swenson, #14137
   12718 Gold Street
   Omaha, Nebraska 68144
6  (402) 498-8336

7  Terry J. Hanson
   P.O. Box 578/14 N. 9th
8  Miles City, MT 59301
   (406) 232-3074

9
   ATTORNEYS FOR PLAINTIFF
10

Clerk of Court

By: _____
    _Deputy Clerk

Page -2-

Date: 8/2/2016  
Time: 04:22 PM  
Page 1 of 1  

Case 1:16-cv-00117-SPW-CSO   Document 1-1   Filed 08/03/16   Page 7 of 7   User: TWALKER

Carter County District Court  
Case Register Report  
DV-6-2013-0000017-PI

**George J. Allison vs. Price Gregory International, Inc.,**

Filed: 7/24/2013  
Subtype: Personal Injury/Death

## Status History

Open 7/24/2013

## Plaintiffs

Pl. no. 1   Allison, George J.

### Attorneys

Hanson, Terry J.   (Primary attorney)   Send Notices

## Defendants

Def. no. 1   Price Gregory International, Inc.,,

## Judge History

| Date | Judge | Reason for Removal |
|---|---|---|
| 7/24/2013 | Huss, George W. | Retired |
| 1/5/2016 | Hayworth, Michael B. | Recused |
| 3/17/2016 | Murnion, Nickolas C | Current |

## Register of Actions

| Doc. Seq. | Entered | Filed | Text | Judge |
|---|---|---|---|---|
| 1.000 | 07/24/2013 | 07/24/2013 | Complaint and Demand for Jury Trial | Huss, George W. |
| 2.000 | 08/22/2013 | 08/22/2013 | Pro Hac Vice Application | Huss, George W. |
| 3.000 | 09/05/2013 | 09/05/2013 | Motion for Admissions Pro Hac Vice | Huss, George W. |
| 4.000 | 09/06/2013 | 09/06/2013 | Order for Admission Pro Hac Vice | Huss, George W. |
| 5.000 | 03/15/2016 | 03/15/2016 | Notice of Failure to Prosecute | Hayworth, Michael B. |
| 6.000 | 05/18/2016 | 05/18/2016 | Response to Notice of Failure to Prosecute | Murnion, Nickolas C |
| 7.000 | 05/18/2016 | 05/18/2016 | Summons: Issued | Murnion, Nickolas C |
| 8.000 | 05/18/2016 | 05/18/2016 | Summons: Summons: Issued to George J. Allison on 5/18/2016; Service Fee of $0.00. mailed back to Terry Hanson | Murnion, Nickolas C |
| 9.000 | 07/11/2016 | 07/11/2016 | Summons: Issued | Murnion, Nickolas C |